## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES        \*
                 \*

     v.                \*        MAG. NO.
                 \*

STEVEN RODRIGUEZ      \*
                 \*
               \*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X]    That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
       1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
       3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     [ ]   Other:

Date: 11/5/20

_____
Honorable Anthony R. Mautone
United States Magistrate Judge